



—— FILED      —— ENTERED
—— LODGED     —— RECEIVED

MAY 07 2019  SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# 19 CV 00682 RSM

Heather Winslow Barr,

                Plaintiff,

         v.

Joseph Stanley Pigott a.k.a. King Abdul Mumin El,

,

               Defendant.

No. 17-3-05075-3 SEA

DEFENDANTS NOTICE OF
REMOVAL TO FEDERAL COURT
FOR CLASS ACTION FAIRNES ACT
28 U.S.C. SECTION 1453
(NON STATUTORY)

To:  UNITED STATES DISTRICT COURT OF WESTERN DISCTICT OF SEATTLE, that

Defendant, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, demand to have this CLASS ACTION

CASE removed to the FEDERAL COURT, on the grounds of TREASON, THE MOORISH

AMERICAN TREATY OF PEACE & FRIENDSHIP OF 1787 & THE UNITED STATES

CONSTITUTION OF 1789, JUDICIAL MISCONDUCT, HUMAN TRAFFICKING,

RACKETEERING INFLUENCED & CORRUPT ORGANIZATIONS (R.I.C.O.),  MONEY

LAUNDERING, ANTI TUST, MONOPOLY, CIVIL RIGHTS, CONSUMER PROTECTION ACT,

BANK FRAUD, HOME OWNERS BEING DEFRAUDED-(BY BANKS), FALSE IMPRISONMENT,

FRAUDULENT STATE JUDGES, OBSTRUCTION OF JUSTICE, ETHICS IN GOVORNMENT

ACT & PRIVATE U.S. ATTORNEY GENERAL ACT ET AL..

That this case is worth over Five & Million Dollars and there are too many people to give notices to, by

JOINDER and will need to send notices to all PEOPLE OF THE CLASS ACTION.

Joseph S. Pigott a.k.a. King Abdul Mumin El

Private U.S. Attorney General

604 So. 162nd St.

Burien, Washington 98148

Dated: 4/26/2019 PH. 206-566-1640