___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 07 2019 SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

**Superior Court of Washington, County of** KING

In re the marriage of:

Petitioner (person who started this case):

Heather Winslow Barr

And Respondent (other spouse):

Joseph Stanley Pigott

No. 17-3-05075-3 SEA

Petition for Divorce (Dissolution)
(PTDSS)

# Petition for Divorce (Dissolution)

1. **Information about the parties**

   Petitioner lives in (county): KIING (state): WA

   Respondent lives in (county): KING (state): WA

2. **Information about the marriage** (check all that apply):

   ☒ We were married on (date): August 09, 2013 at (city and state): Seattle WA

   ☐ Our domestic partnership was registered with the State of _____
   on (date): _____, and:
   
   ☐ it converted into a marriage by law on June 30, 2014. (RCW 26.60.100.)
   
   ☐ we were married on (date): _____ at (city and state): _____

   ☐ We currently live in the same household.

   ☐ We began living in separate households on (date): _____

3. **Request for divorce**

   This marriage is irretrievably broken. I ask the court to dissolve our marriage and find that our marital community ended on (check one):

   ☒ the date this Petition is filed.

   ☐ (date): _____, which is when (check all that apply):

---

RCW 26.09.020
Mandatory Form (07/2017)
FL Divorce 201

Petition for Divorce
(Dissolution)
p. 1 of 11

- [ ] one of us moved to a separate household.
- [ ] we separated our assets and debts.
- [ ] we agreed the marital community ended.
- [ ] other (specify): _____

4. **Jurisdiction over the spouses**

    The court has jurisdiction over the marriage because at least one of the spouses lives in Washington State, or is stationed in this state as a member of the armed forces.

    - [x] The court **has** personal jurisdiction over the Respondent because (check all that apply):
        - [x] The Respondent lives in Washington State.
        - [x] The Petitioner and Respondent lived in Washington State while they were married, and the Petitioner still lives in this state or is stationed in this state as a member of the armed forces.
        - [ ] The Petitioner and Respondent may have conceived a child together in this state.
        - [ ] Other (specify): _____
    - [ ] The court does **not** have personal jurisdiction over the Respondent. (This may limit the court's ability to divide property and debts, award money, set child support or spousal support, or approve a restraining order or protection order.)

5. **Is one of the spouses pregnant?**

    (Check one):
    - [x] No  [ ] Yes

    If Yes, who is pregnant?
    - [ ] Petitioner
    - [ ] Respondent

    **Note:** The law considers the other spouse to be the parent of any child born during the marriage or within 300 days after it ends. If the other spouse is not the parent, either spouse may file a *Petition to Disprove Parentage of Presumed Parent* (form FL Parentage 355) in court. In most cases, the deadline to file the *Petition to Disprove* is before the child turns four. (See RCW 26.26.116, 26.26.500 – 26.26.625.)

    If everyone agrees, both spouses and the child's biological father can sign an *Acknowledgment (and Denial) of Paternity*. Those forms must be notarized and filed with the Washington State Registrar of Vital Statistics to be valid.

6. **Children of the marriage**

    - [x] My spouse and I have **no** children together who are still dependent. *(Skip to 7.)*
    - [ ] My spouse and I have the following children together who are still dependent (only list children you and your spouse have together, not children from other relationships):

    | Child's name | Age | Child's name | Age |
    |---|---|---|---|
    | 1. | | 4. | |
    | 2. | | 5. | |
    | 3. | | 6. | |

RCW 26.09.020  
Mandatory Form (07/2017)  
FL Divorce 201  

Petition for Divorce  
(Dissolution)  
p. 2 of 11

a. **Children's home/s**

During the past 5 years have any of the children lived:
- on an Indian reservation,
- outside Washington state,
- in a foreign country, or
- with anyone who is not a party to this case?

☐ No. *(Skip to b.)*

☐ Yes. *(Fill out below to show where each child has lived during the last 5 years.)*

| Dates | Children | Lived with | In which state, Indian reservation, or foreign country |
|---|---|---|---|
| From:<br>To: | ☐ All children<br>☐ (Name/s): | ☐ Petitioner   ☐ Respondent<br>☐ Other *(name)*: | |
| From:<br>To: | ☐ All children<br>☐ (Name/s): | ☐ Petitioner   ☐ Respondent<br>☐ Other *(name)*: | |
| From:<br>To: | ☐ All children<br>☐ (Name/s): | ☐ Petitioner   ☐ Respondent<br>☐ Other *(name)*: | |
| From:<br>To: | ☐ All children<br>☐ (Name/s): | ☐ Petitioner   ☐ Respondent<br>☐ Other *(name)*: | |
| From:<br>To: | ☐ All children<br>☐ (Name/s): | ☐ Petitioner   ☐ Respondent<br>☐ Other *(name)*: | |

b. **Other people with a legal right to spend time with a child**

Do you know of anyone besides you and your spouse who has (or claims to have) a legal right to spend time with any of the children?

*(Check one):* ☐ No. *(Skip to c.)* ☐ Yes. *(Fill out below.)*

| Name of person | Children this person may have the right to spend time with |
|---|---|
| | ☐ All children<br>☐ (Name/s): |
| | ☐ All children<br>☐ (Name/s): |

c. **Other court cases involving a child**

Do you know of any court cases involving any of the children?
*(Check one):* ☐ No. *(Skip to 7.)* ☐ Yes. *(Fill out below.)*

| Kind of case<br>*(Family Law, Criminal, Protection Order, Juvenile, Dependency, Other)* | County and State | Case number and year | Children |
|---|---|---|---|
| | | | |

RCW 26.09.020
Mandatory Form *(07/2017)*
FL Divorce 201

Petition for Divorce
(Dissolution)
p. 3 of 11

| Kind of case (Family Law, Criminal, Protection Order, Juvenile, Dependency, Other) | County and State | Case number and year | Children |
|---|---|---|---|
| | | | ☐ All children<br>☐ (Name/s): |
| | | | ☐ All children<br>☐ (Name/s): |
| | | | ☐ All children<br>☐ (Name/s): |
| | | | ☐ All children<br>☐ (Name/s): |

7. **Jurisdiction over the children** (RCW 26.27.201 – .221, .231, .261, .271)

   ☒ Does not apply. My spouse and I have **no** children together who are still dependent.

   ☐ The court **can** approve a *Parenting Plan* for the children my spouse and I have together because *(check all that apply; if a box applies to all of the children, you may write "the children" instead of listing names)*:

   ☐ **Exclusive, continuing jurisdiction** – A Washington court has already made a custody order or parenting plan for the children, and the court still has authority to make other orders for *(children's names)*: _____.

   ☐ **Home state jurisdiction** – Washington is the children's home state because *(check all that apply)*:

   ☐ *(Children's names)*: _____ lived in Washington with a parent or someone acting as a parent for at least the 6 months just before this case was filed, or if the children are less than 6 months old, they have lived in Washington with a parent or someone acting as a parent since birth.

   ☐ There were times the children were not in Washington in the 6 months just before this case was filed (or since birth if they are less than 6 months old), but those were temporary absences.

   ☐ *(Children's names)*: _____ do not live in Washington right now, but Washington was the children's home state some time in the 6 months just before this case was filed, and a parent or someone acting as a parent of the children still lives in Washington.

   ☐ *(Children's names)*: _____ do not have another home state.

   ☐ **No home state or home state declined** – No court of any other state (or tribe) has the jurisdiction to make decisions for *(children's names)*: _____, or a court in the children's home state (or tribe) decided it is better to have this case in Washington **and**:

   • The children and a parent or someone acting as a parent have ties to Washington beyond just living here; **and**

---

RCW 26.09.020  
Mandatory Form *(07/2017)*  
FL Divorce 201

Petition for Divorce  
(Dissolution)  
p. 4 of 11

☐ other child-related expenses (specify): _____

☐ I ask the court to order that tax exemptions for our dependent children be divided as follows (describe):

_____

☐ **Administrative Order** – There is no need for the court to make a child support order. The DSHS Division of Child Support (DCS) has already established an administrative child support order for the children my spouse and I have together in DCS case number/s: _____. I am not asking the court to make a different child support order.

*DCS child support orders do not cover tax exemptions or post-secondary (college or vocational school) support.* Because these issues are not in the administrative order, I ask the court to order (check all that apply):

☐ tax exemptions for our dependent children be divided as follows (describe):

_____

☐ my spouse to pay his/her proportionate share of post-secondary (college or vocational school) support.

10. **Children from other relationships**

☒ Neither spouse has children from other relationships who are still dependent.

☐ I have the following dependent children who are not from this relationship (list name/s and age/s): _____.

☐ My spouse has the following dependent children who are not from this relationship (list name/s and age/s): _____.

11. **Written Agreements**

*Have you and your spouse signed a prenuptial agreement, separation contract or community property agreement?*

(Check one):  ☒ No. *(Skip to 12.)*  ☐ Yes. *(Fill out below.)*

Type of written agreement: _____

Date of written agreement: _____

Should the court enforce this agreement?

(Check one):  ☐ Yes  ☐ No

If No, why not? _____

12. **Real Property** (land or home)

☐ Neither spouse owns any real property.

☐ I ask the court to divide the real property according to the written agreement described in **11** above.

☒ I ask the court to divide the real property fairly (equitably), as explained below:

| List property *(include vehicles, pensions/retirement, insurance, bank accounts, furniture, businesses, etc. Do not list more than the last four digits of any account number.)*: | Who should own this property? |
|---|---|
| the marriage. | |
| Vehicle (Toyota Camry) acquired during the marriage by petitioner with note for same solely in her name. | ☒ Petitioner ☐ Respondent |

☐ I ask the court to divide the personal property fairly (equitably) as the court decides.

☐ The court does not have jurisdiction to divide the personal property.

☐ Other _____

14. **Debts**

   ☐ I am not aware of any debts.

   ☐ I ask the court to order each spouse to be responsible for debts s/he incurred (made) after the date of separation.

   ☐ I ask the court to divide the debts according to the written agreement described in **11** above.

   ☒ I ask the court to make the following orders about debts *(check all that apply)*:

   ☒ Each spouse is responsible for the debts that are now only in his/her own name.

   ☒ Divide the debts fairly (equitably), as explained below:

| Debt Amount | Creditor *(person or company owed this debt)* | Who should pay this debt? |
|---|---|---|
| Any amount | Any creditor, credit company, person, entity, institution, lending or financing agency, mortgage company or any kind of facility with whom the petitioner initiated a contract solely in her name before or during the marriage. | ☒ Petitioner ☐ Respondent |
| Any amount | Any creditor, credit company, person, entity, institution, lending or financing agency, mortgage company or any kind of facility with whom the respondent initiated a contract solely in his name before or during the marriage. | ☐ Petitioner ☒ Respondent |
| Any amount | Any creditor, credit company, person, entity, institution, lending or financing agency, mortgage company or any type of facility with whom the respondent may have entered into an agreement/contract in the petitioners name with without knowledge of or consent by the petitioner before or during the marriage. | ☐ Petitioner ☒ Respondent |

RCW 26.09.020
Mandatory Form *(07/2017)*
FL Divorce 201

Petition for Divorce
(Dissolution)
p. 8 of 11

| Debt Amount | Creditor (person or company owed this debt) | Who should pay this debt? |
|---|---|---|
| | | ☐ Petitioner ☐ Respondent |
| | | ☐ Petitioner ☐ Respondent |
| | | ☐ Petitioner ☐ Respondent |
| | | ☐ Petitioner ☐ Respondent |
| | | ☐ Petitioner ☐ Respondent |

☐ Divide the debts fairly (equitably) as the court decides.

☐ The court does not have jurisdiction to divide the debts.

☐ Other: _____

15. **Spousal Support** (maintenance/alimony)

    ☒ Spousal support is **not** needed.

    ☐ Spousal support **is** needed. The ☐ Petitioner ☐ Respondent has the ability to pay and should pay support:

    ☐ as decided by the court.

    ☐ $_____ every month until (date or event): _____

    ☐ according to the written agreement described in **11** above.

    ☐ other: _____

16. **Fees and Costs**

    ☒ No request.

    ☐ Order my spouse to pay my lawyer's fees, other professional fees, and costs for this case.

17. **Protection Order**

    *Do you want the court to issue an Order for Protection as part of the final orders in this case?*

    ☒ **No.** I do not want an *Order for Protection*.

    ☐ **Yes.** *(You must file a Petition for Order for Protection, form DV-1.015 for domestic violence, or form UHST-02.0200 for harassment. You may file your Petition for Order for Protection using the same case number assigned to this case.)*

    **Important!** *If you need protection now, ask the court clerk about getting a Temporary Order for Protection.*

RCW 26.09.020  
Mandatory Form (07/2017)  
FL Divorce 201  

Petition for Divorce  
(Dissolution)  
p. 9 of 11

☐ **There already is an** *Order for Protection between my spouse and me.* *(Describe)*:

Court that issued the order: _____

Case number: _____

Expiration date: _____

18. **Restraining Order**

    *Do you want the court to issue a Restraining Order as part of the final orders in this case?*

    ☒ **No.** *(Skip to 19.)*

    ☐ **Yes.** *Check the type of orders you want:*

    ☐ **Do not disturb** – Order the Respondent not to disturb my peace or the peace of any child listed in **6**.

    ☐ **Stay away** – Order the Respondent not to go onto the grounds of or enter my home, workplace, or school, and the daycare or school of any child listed in **6**.

    ☐ Also, not knowingly to go or stay within _____ feet of my home, workplace, or school, or the daycare or school of any child listed in **6**.

    ☐ **Do not hurt or threaten** – Order the Respondent:
    - Not to assault, harass, stalk or molest me or any child listed in **6**; and
    - Not to use, try to use, or threaten to use physical force against me or the children that would reasonably be expected to cause bodily injury.

    *Warning!* *If the court makes this order, the court must consider if weapons restrictions are required by state law; federal law may also prohibit the Restrained Person from possessing firearms or ammunition.*

    ☐ **Prohibit weapons and order surrender** – Order the Respondent:
    - Not to possess or obtain any firearms, other dangerous weapons, or concealed pistol license until the Order ends, and

RCW 26.09.020
Mandatory Form (07/2017)
FL Divorce 201

Petition for Divorce
(Dissolution)
p. 10 of 11

- To surrender any firearms, other dangerous weapons, and any concealed pistol license that he/she possesses to (check one):  ☐ the police chief or sheriff.  ☐ his/her lawyer.  ☐ other person (name): _____

☐ **Other restraining orders:** _____
_____

*Important!* If you want a restraining order now, you must file a Motion for Temporary Family Law Order and Restraining Order (FL Divorce 223) or a Motion for Immediate Restraining Order (Ex Parte) (FL Divorce 221).

19. **Name Change**

   ☐ No request.

   ☐ Change the Petitioner's name to: _____
                                                *first*      *middle*      *last*

20. **Other requests, if any**
   _____
   _____

**Petitioner fills out below:**

I declare under penalty of perjury under the laws of the state of Washington that the facts I have provided on this form are true.

Signed at (city and state): _Seattle, WA_      Date: 08/18/2017

▶ _Heather Barr_          _Heather Barr_
*Petitioner signs here*           *Print name*

**Petitioner's lawyer (if any) fills out below:**

▶ _____    _____    _____
*Petitioner's lawyer signs here*      *Print name and WSBA No.*      *Date*

☐ **Respondent fills out below if he/she agrees to join this Petition:**

I, (name): _____, agree to join this *Petition*. I understand that if I fill out and sign below, the court may approve the requests listed in this *Petition* unless I file and serve a *Response* before the court signs final orders. (Check one):

☐ I do not need to be notified about the court's hearings or decisions in this case.

☐ I ask the Petitioner to notify me about any hearings in this case. (List an address where you agree to accept legal documents. This may be a lawyer's address or any other address.)

_____    _____    _____    _____
*address*                      *city*        *state*       *zip*

(If this address changes before the case ends, you must notify all parties and the court in writing. You may use the Notice of Address Change form (FL All Family 120). You must also update your Confidential Information Form (FL All Family 001) if this case involves parentage or child support.)

▶ _____    _____    _____
*Respondent signs here*            *Print name*                 *Date*

RCW 26.09.020
Mandatory Form (07/2017)
FL Divorce 201

Petition for Divorce
(Dissolution)
p. 11 of 11