# UNITED STATES DISTRICT COURT
## Western District of Washington

**Plaintiff:** HEATHER BARR

vs.

**Defendant(s):** Joseph S. Pigott

Case Number: **19 CV 00682 RSM**

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) **Joseph S. Pigott** declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is briefly stated as follows: **Remove Case to Federal Court for Fraud + Class Action**

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAY 07 2019 SP
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

In support of this application, I answer all of the following questions:

1. Are you presently employed? **No**

   ☐ Yes  Total amount of net monthly salary (take home pay) $ **-0-**
           Name and address of employer **N/A**

   ☑ No   Date of last employment _____  Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed? ☑ Not married

   ☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____
           Name and address of employer **N/A**

   ☐ No   Date of spouse's last employment **N/A**  Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment                              $ 0
   b. Income from rent, interest or dividends                                    $ 0
   c. Pensions, annuities or life insurance payments                             $ 0
   d. Disability, unemployment, workers compensation or public assistance        $ 0
   e. Gifts or inheritances                                                      $ 0
   f. Money received from child support or alimony                               $ 0
   g. Describe any other source of income **N/A**                                $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 36.00      Checking Account $ 0      Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☒ Yes
☐ No

# Family home     $ 509,000.00

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☒ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

gas, electricity     $ 100.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I am on Public assistance!

I declare under penalty of perjury that the foregoing is true and correct.

5/3/2019     Mr. Joseph S. Pigott
**Executed on: (Date)     Signature of Plaintiff Defendant**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Joseph S. Pigott
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

5/7/2019     Mr. Joseph S. Pigott
**Executed on: (Date)     Signature of Plaintiff**