# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HEATHER WINSLOW BARR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH STANLEY PIGOTT,<br><br>　　　　　　Defendant. | Case No. C19-682 RSM<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. After careful consideration of the application and supporting materials, the Court ORDERS as follows:

Plaintiff's application to proceed IFP (dkt. # 2) is GRANTED. Plaintiff does not appear to have funds available for the $400.00 filing fee. The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Ricardo S. Martinez.

Dated this 15th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHELLE L. PETERSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1