

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
|  | No. 19-CV-00682 RSM |
| Heather Winslow Barr, | No. 17-3-05075-3 SEA |
| Plaintiff, | DEFENDANTS JURY DEMAND |
| v. |  |
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El, , |  |
| Defendant. |  |

To: UNITED STATES DISTRICT COURT OF WESTERN DISCTICT OF SEATTLE, that Defendant, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, requests a Jury Demand, for this instant case.

Joseph S. Pigott a.k.a. King Abdul Mumin El
Private U.S. Attorney General
604 So. 162nd St.
Burien, Washington 98148
Dated: 5/23/2019 PH. 206-566-1640