

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Heather Winslow Barr, | No. 19-CV-00682 RSM<br>No. 17-3-05075-3 SEA |
| Plaintiff, | DEFENDANTS NOTICE OF PLAINTIFF'S ADRESSES |
| v. | |
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El,<br>, | |
| Defendant. | |

To:  UNITED STATES DISTRICT COURT OF WESTERN DISCTICT OF SEATTLE, that Defendant, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, gives notice of the Plaintiff's address. Attorney David P. Tracy & LAW OFFICES OF TRACY & ZOTMAN for Heather Winslow Barr 108 WELLS AVENUE SOUTH-RENTON, WA. 98055.  Ph. 425-277-0977.

                                                                                 s/Joseph S. Pigott
                                                                                 Joseph S. Pigott a.k.a. King Abdul Mumin El
                                                                                 Private U.S. Attorney General
                                                                                 604 So. 162nd St.
                                                                                 Burien, Washington 98148
                                                                                 Dated: 5/23/2019 PH. 206-566-1640