UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEATHER WINSLOW BARR,

    Plaintiff,

v.

JOSEPH STANLEY PIGOTT,

    Defendant.

Case No. C19-682 RSM

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. After careful consideration of the application and supporting materials, the Court ORDERS as follows:

Plaintiff's application to proceed IFP (dkt. # 2) is GRANTED. Plaintiff does not appear to have funds available for the $400.00 filing fee. The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Ricardo S. Martinez.

Dated this 15th day of May, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

## Orders on Motions
2:19-cv-00682-RSM Barr v. Pigott

### U.S. District Court

### United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 5/15/2019 at 1:38 PM PDT and filed on 5/15/2019
**Case Name:** Barr v. Pigott
**Case Number:** 2:19-cv-00682-RSM
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER granting [2] Motion for Leave to Proceed in forma pauperis. Signed by Hon. Michelle L. Peterson.(MW)(cc: Petitioner and Respondent via USPS**


**2:19-cv-00682-RSM Notice has been electronically mailed to:**

**2:19-cv-00682-RSM Notice will not be electronically mailed to:**

Heather Winslow Barr
1904 POST ALLEY
SEATTLE, WA 98101

Joseph Stanley Pigott
604 S 162ND ST
BURIEN, WA 98148

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=5/15/2019] [FileNumber=7580690-0
] [7b966837472d39cffa5eddbd33f5788e9871e1a39a9f32f0a7c858d10443ec69cb3
48369305a1761e949c6e2aeaa352ca57b57e29698af070d7a5776b83f2600]]

CLERK, UNITED STATES DISTRICT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
LODGED
RECEIVED

MAIL

MAY 23 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Heather Winslow Barr
1904 POST ALL
SEATTLE, WA

FWD
BC: 98101999955 DU +0426-00217-16-36
RETURN TO SENDER
UNABLE TO FORWARD/FOR REVIEW