**CLERK, UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
LODGED
RECEIVED

MAIL

MAY 28 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Heather Winslow Barr
190? POST ALLEY
SEATTLE,

NIXIE      980  DE 1         0005/25/19
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 98101444285     *0426-00216-18-36

FWD
FOR EXPT 05-17-19

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER WINSLOW BARR,<br><br>Petitioner (s),<br><br>v.<br><br>JOSEPH STANLEY PIGOTT,<br><br>Respondent (s). | CASE NO.<br>2:19-cv-00682-RSM<br><br>ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

## I. INITIAL SCHEDULING DATES

The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 6/12/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 6/19/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 6/26/2019 |

The deadlines above may be extended only by the Court. Any request for an extension should be made by telephone to Lowell Williams or Laurie Cuaresma, Courtroom Deputy, at (206) 370-8521. If Defendants have appeared, the parties are directed to meet and to confer before contacting the Court to request an extension.

If this case involves claims which are exempt from the requirements of FRCP 26(a) and 26(f), please notify Lowell Williams or Laurie Cuaresma, Courtroom Deputy, by telephone at (206) 370-8521.

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT - 1