Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER WINSLOW BARR, <br><br> Petitioner, <br><br> vs. <br><br> JOSEPH STANLEY PIGOTT, <br><br> Respondent. | Case No. 2:19-cv-00682-RSM <br><br> **NOTICE OF APPEARANCE** |

**TO:      Clerk Of The Court**
**AND TO: Respondent**

PLEASE TAKE NOTICE that that the undersigned counsel, Matthew Cunanan, and DC Law Group, appears on behalf of the Petitioner, HEATHER WINSLOW BARR. Copies of all further papers and pleadings herein, except original process, shall be served upon the undersigned along with all others above-named.

DATED: June 5, 2019

DC Law Group NW

*s/ Matthew Cunanan*
Matthew Cunanan, WSBA # 42530
David Tracy, WSBA #8692
matthew@dclglawyers.com
Of Attorneys for Petitioner

NOTICE OF APPEARANCE– Page **1** of **1**

**DC Law Group NW**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494-0400 Fax: (855) 494-0400