Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER WINSLOW BARR | Case No. 2:19-cv-00682-RSM |
| Petitioner, | |
| vs. | ORDER REMANDING THIS MATTER BACK TO KING COUNTY SUPERIOR COURT |
| JOSEPH STANLEY PIGOTT | |
| Respondent. | |

THIS MATTER having come on regularly for hearing this date and the Petitioner appearing through her attorneys and defendant appearing and the Court being fully advised and having considered the Motion and Declarations, now, find as follows:

Now, therefore, it is hereby;

ORDERED, ADJUDGED, and DECREED as follows:

1. Respondent's Motion to Remove King County Superior Court Cause # 17-3-05075-8 SEA to Federal Court is hereby denied.

2. That Federal Case # 19-cv-00682 RSM / King County Superior Court Cause # 17-3-05075-8 SEA is remanded back to King County Superior Court

That Petitioner be awarded her attorney fees and costs for responding to this Removal Action in the amount of _____.

DONE IN OPEN COURT THIS _____ day of _____, 20_____.

_____
The Honorable Ricardo S. Martinez

Presented by:

DC Law Group NW

*s/ Matthew Cunanan*
Matthew Cunanan, WSBA # 42530
David Tracy, WSBA #8692
matthew@dclglawyers.com
Of Attorneys for Petitioner