UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

HEATHER WINSLOW BARR,             ) Case No.: 19 CV 00682 RSM
          Petitioner,             )
     vs.                          )
JOSEPH S. PIGOTT, AKA King        ) DECLARATION OF DAVID P. TRACY
Abdul Mumin El,                   ) IN SUPPORT OF PLAINTIFF'S
                                  ) MOTION TO REMOVE/RETURN THIS
          Respondent              ) MATTER TO KING COUNTY SUPERIOR
                                  ) COURT
                                  )
                                  )
                                  )
                                  )
_____

STATE OF WASHINGTON )
                    )
COUNTY OF KING      )

1.   Heather Barr filed a dissolution action against her then husband Joseph Stanley Pigott on August 18, 2017. The Summons and Complaint was served on Joseph Stanley Pigott on August 25, 2017. The trial on that dissolution was held on October 2, 2018, before the Honorable Judge Barbara Linde in King County Superior Court. See Court Docket, item 1, 5 and 25, attached as Exhibit A.

3. At that trial Plaintiff did raise the issue that the court did not have jurisdiction over him due to the ``Moorish American Treaty of Peace and Friendship Of 1787'' and the U.S.

DECLAR  OF  DAVID  TRACY
MOTION TO REMAND-1

LAW OFFICES OF DAVID P. TRACY
108 WELLS AVENUE SOUTH
RENTON, WA 98057
(425) 277-0977

Constitution Article. See copy of Respondent's Motion for Temporary Restraining Order, Statement of Facts, page 2, which is attached as Exhibit B. In The Divorce Decree, Judge Linde clearly denied those issues. See copy of the Dissolution Decree, p. 10, paragraph 9 and 10, attached as Exhibit C. That Divorce Decree entered on October 2, 2018 was not appealed. See Court Docket, item 25-21, attached as Exhibit A.

4. Judge Linde decreed that the real property located at 604 S. 162nd St., Burien, WA 98148 was to be awarded to Heather Barr. In addition the Divorce Order provided:

''Respondent JOSEPH S. PIGOTT shall peacefully vacate the property at 604 S. 162nd St., Burien, WA 98148 (hereto referred to as Petitioner's Real Property) by Dec. 2nd, 2018 and leave it and its contents (furniture, appliances) in the same undamaged condition it was it in June 2017.''

See copy of the Dissolution Decree, p. 10, paragraph 9 and 10, attached as Exhibit C.

5. Heather Barr contacted David Tracy to assist her in obtaining possession of said real property as the defendant had not vacated the property when required by the Divorce Decree.

6. A Motion to Enforce requesting a Writ of Assistance or Restitution was filed on March 22, 2019. Said Motion was served on Joseph Stanley Pigott on March 25, 2019. The hearing date was set on April 11, 2019, and continued to April 25, 2019.

7. Joseph Stanley Pigott filed a complaint in this matter and attempted to obtain a Temporary Restraining Order on April

DECLAR   OF   DAVID   TRACY
MOTION TO REMAND-2

LAW OFFICES OF DAVID P. TRACY
108 WELLS AVENUE SOUTH
RENTON, WA 98057
(425) 277-0977

15, 2019. That Motion was denied and terms were imposed. See copy of the Order is attached as Exhibit D.

8. Joseph Stanley Pigott filed a Notice of Removal with the U.S. District Court, Western Division on May 7, 2019. See Civil Docket for this matter, attached as Exhibit E. No Notice has been filed with the State Court. See Court Docket of this matter attached as Exhibit A. The first notice received by the attorney for Heather Barr was May 28, 2019, by email from Joseph Stanley Pigott.

Dated: 6/5/19

Location: RENTON, WA

David Tracy

DECLAR OF DAVID TRACY
MOTION TO REMAND-3

LAW OFFICES OF DAVID P. TRACY
108 WELLS AVENUE SOUTH
RENTON, WA 98057
(425) 277-0977

## King County

### Superior Court Clerk's Office

---

17-3-05075-3 SEA
BARR VS PIGOTT
Dissolution no Children - Completed/Re-Completed

**Summary**     **Participants**     **Documents List**     **Events**     **Judgments**

## Documents

### ⌄ Documents List

| Sub Number | Date Filed | Document Name | Additional Information | Page # | Seal |
|---|---|---|---|---|---|
| 1 | 08/18/2017 | Summons and Petition for Dissolution | SUMMONS & PET FOR DISSOLUTION | 13 | |
| 2 | 08/18/2017 | Order Setting Case Schedule | SET CASE SCHEDULE 07-16-2018ST | 9 | |
| 3 | 08/18/2017 | Case Information Cover Sheet | CASE INFORMATION COVER SHEET | 4 | |
| 4 | 08/18/2017 | Confidential Information Form | CONFIDENTIAL INFORMATION FORM | 2 | 🔒 |
| 5 | 08/25/2017 | Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 6 | 09/07/2017 | Certificate | CERTIFICATE OF COMPLETION/FLO/PET | 1 | |
| 7 | 09/13/2017 | Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 8 | 09/13/2017 | Lis Pendens | LIS PENDENS | 1 | |
| 9 | 09/13/2017 | Response | RESPONSE TO PET | 2 | |
| 10 | 01/05/2018 | Order on Status Conference | ORDER ON STATUS CONFERENCE/ON TRACK | 4 | |
| 11 | 01/05/2018 | Appearance Pro Se | APPEARANCE PRO SE/PET | 1 | |
| 12 | 01/05/2018 | Appearance Pro Se | APPEARANCE PRO SE/RSP | 1 | |
| 13 | 01/09/2018 | List | LIST/STATUS CONFERENCE | 2 | |

| Sub Number | Date Filed | Document Name | Additional Information | # | Seal |
|---|---|---|---|---|---|
| 14 | 04/16/2018 | Disclosure | DISCLOSURE POSSIBLE WITNESSES/PET | 2 | |
| 15 | 06/25/2018 | Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 16 | 06/25/2018 | Pre-Trial Report | PRE-TRIAL REPORT/JOINT CONFIRMATION | 3 | |
| 17 | 07/09/2018 | Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 18 | 07/19/2018 | Notice of Hearing | NOTICE OF HEARING/MTN TO WAIVE ADR 07-31-2018 | 2 | |
| 19 | 07/19/2018 | Motion | MOTION /PET | 3 | |
| 20 | 07/19/2018 | Declaration | DECLARATION /PET | 2 | |
| 21 | 07/19/2018 | Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 22 | 08/14/2018 | Order Waiving | ORDER WAIVING ADR/SET TRIAL 10-01-2018ST | 2 | |
| 23 | 09/26/2018 | Recusal of Judge | RECUSAL OF JUDGE BRADSHAW | 1 | |
| 24 | 10/01/2018 | Order on Assignment / Reassignment | ORDER ON REASSIGNMENT | 2 | |
| 25 | 10/02/2018 | Non-Jury Trial | NON-JURY TRIAL | 2 | |
| 26 | 10/02/2018 | Findings of Fact and Conclusions of Law | FINDINGS OF FACT&CONCLUSIONS OF LAW | 10 | |
| 27 | 10/02/2018 | Decree of Dissolution | DECREE OF DISSOLUTION | 10 | |
| 28 | 10/02/2018 | Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 29 | 10/02/2018 | Stipulation and Order for Return of Exhibits and / or Unopened Depositions | STIP&OR RET EXHBTS UNOPNED DEPOSTNS | 2 | |
| 30 | 10/26/2018 | Exhibit List | EXHIBIT LIST /TRIAL | 3 | |
| 31 | 03/22/2019 | Notice of Limited Appearance | /D P TRACY | 1 | |
| 32 | 03/22/2019 | Note for Motion Docket | ENFORCE/ISSUE WRIT OF ASSISTANCE | 2 | |
| 33 | 03/22/2019 | Motion | TO ENFORCE RE ISSUANCE OF WRIT OF RESTITUTION OR ASSISTANCE /PET | 4 | |
| 34 | 03/22/2019 | Declaration | HEATHER W. BARR | 12 | |
| 35 | 04/05/2019 | Affidavit / Declaration / Certificate Of Service | | 2 | |

| Number | Date Filed | Document Name | Additional Information | # | Seal |
|--------|-----------|---------------|------------------------|---|------|
| 36 | 04/05/2019 | Declaration of Mailing | | 1 | |
| 37 | 04/11/2019 | Minutes | | 1 | |
| 38 | 04/11/2019 | Order of Continuance | | 2 | |
| 39 | 04/23/2019 | Declaration | | 11 | |
| 40 | 04/23/2019 | Memorandum | | 2 | |
| 41 | 04/23/2019 | Declaration of Mailing | | 1 | |
| 42 | 04/23/2019 | Reply | | 3 | |
| 43 | 04/25/2019 | Order Denying Motion / Petition | RE WRIT OF ASSISTANCE/RESTITUTION | 1 | |
| 44 | 04/25/2019 | Minutes | | 1 | |
| 45 | 05/02/2019 | Note for Motion Docket - Late Filing | | 2 | |
| 46 | 05/02/2019 | Motion for Reconsideration | /RESPONDENT | 10 | |
| 47 | 05/02/2019 | Declaration of Mailing | | 1 | |
| 48 | 05/10/2019 | Certificate of Mailing | | 1 | |
| 49 | 05/10/2019 | Order on Motion for Reconsideration | DENIED | 2 | |
| 50 | 05/16/2019 | Motion for Revision | RE COMMISSIONER'S ORDER | 2 | |
| 51 | 05/21/2019 | Notice of Hearing | REVISION | 2 | |

Go Back

Copyright © Journal Technologies, USA. All rights reserved.



IN THE SUPERIOR COURT FOR KING COUNTY

STATE OF WASHINGTON

*Joseph Stanley Pigott*
*a.k.a. King Abdul Muimin*
*El,*

No. .........................................................................

                                    Plaintiff,

v.                                                              **PLAINTIFF'S MOTION FOR TEMPORARY
                                                                RESTRAINING ORDER**

*Heather Barr,* LAW
OFFICES OF DAVID
TRACY, David P. Tracy,
Judge Barbara Linde, et
al.,

                                    Defendants.

**I. RELIEF REQUESTED**

*Plaintiff Joseph, Stanley Pigott, a.k.a. King Abdul Muimin El* moves the court for a temporary

restraining order to prevent the Defendant Heather Barr's Final Divorce Order enforcement signed on

10/2/2018 and stop Judge Barbara Linde from working as a Superior Court Judge. in violation of RCW

19.86.020 & 36.27.020 (10) & 1728-Protection Of Government Processes-- Obstruction Of Federal

Criminal Investigation—18 U.S.C. 1510. Also, prevent Judge Barbara Linde & attorney David P. Tracy from doing business, in WASHINGTON STATE CORPORATION, IN VIOLATION of The Moors American Treaty Of Peace & Friendship of 1787 & the U.S. Constitution of 1789 Contract between the Moors & the Europeans Contract agreement.

## II. STATEMENT OF FACTS

*Plaintiff, Joseph Stanley Pigott a.k.a. King Abdul Mumin El. is an heir to the Moroccan Empire that is known as America & South America and the Seven Seas and all lands that are outside of the Americas. Defendant Judge Barbara Linde works for the STATE OF WASHINGTON CORPORATION as a Public Servant to protect the Supreme Law of the land, but Judge Barbara Linde is not a Public Official and is not bonded, and when I asked for her to produce her bond, she refused to produce her Official Bond.*

*That Joseph Stanley Pigott a.k.a. King Abdul Mumin El. demanded that Judge Barbara Linde to recuse herself, because she is being is being investigated, per my ongoing Federal Criminal Investigation, and she refused to recuse herself.*

*That Judge Barbara Linde was told that she was in my court and showed her my Moroccan Flag which is the National Flag and that I can only use is the Moroccan Court and Laws, in order to have a trial, for the divorce proceedings, and she refused to honor my Moroccan Court and Supreme Law of the land Court Order.*

*That Moroccan law is International law and this Court is not and does not use International law and the Supreme Law of the land to make Court decisions.*

*That she was told that she didn't have Jurisdiction over the Natural Man and that a Jurisdiction determination is required, but she refused to have a Jurisdiction testing.*

That Judge Barbara Linde injured Plaintiff, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, signing an order, on 10/2/2018 to deprive him of the right to protect my land and any property, in which a LIS PENDENS supported my ownership of the land located at 604 So. 162nd St. Burien, Washington 98148 and the Moroccan Empire, at page 10 of her Court Order.

That Judge Barbara Linde refused to hear my defense and allow, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, the right to a fair and just trial, and signed the Final Divorce Order, over, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, objections.

That Judge Barbara Linde is a Private Person acting as a Judge and is a fake Judge, per my Federal Criminal Investigation.

That, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, was not able to stop Judge Barbara Linde from denying my U.S. Constitutional 4th Amendment rights to stay in my home and ordered me to leave my home, by 12/2/2018, in which it would make, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, homeless

On 3/25/2019, I was served a with a case #17-3-05075-3 SEA, a LIMITED NOTICE OF APPEARANCE, FAMILY LAW NOTICE OF COURT DATE, MOTION TO ENFORCE: ISSUANCE OF WTIT OF RESTITUTION OR ASSISTANCE, signed, by David P. Tracy, DECLARATION IN SUPPORT OF MOTION TO ISSUE A WRIT OF ASSISTANCE, signed by Heather Barr, Copy of the Final Divorce Order, ORDER FOR WRIT OF ASSISTANCE OR RESTITUTION (PROPOSED), to be heard, on April 11, 2019, at 9:00 a.m., by the KING COUNTY SUPERIOR COURT.

That, attorney David P. Tracy of LAW OFFICES OF DAVID TRACY, is moving the Court, in Bad Faith and has no Delegation Of Authority to use this Court, against a Moor, in order to take, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, Moorish American Treaty rights away.

That, David P. Tracy, is using bogus case law and Civil Rules to usurp, Joseph Stanley Pigott a.k.a King Abdul Mumin El, Moorish American Treaty rights away to deprive, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, of his land.

That, David P. Tracy, is totally devoid of merit and lack standing and is arbitrary, in his actions and is using this court, for illegal purposes, to take, Joseph Stanley Pigott a.k.a. King Abdul Mumin El's, property.

That the Final Divorce Order is Fraudulently acquired and is VOID ON ITS FACE and lacks any force and effect.

That, David P. Tracy, can't represent anybody, unless they are incompetent to aid themselves, and Heather Barr is incompetent and is a ward of the state, with no standing to sue.

That, David P. Tracy, has taken advantage of Heather Barr and took her money, for his own personal gain to make a living.

Any and all tax collectors, police officers, sheriffs dept's, DOT, tag agencies, BAR attorneys, Judges, Highway Patrol, supposed elected officials, are nothing more than private contractors, who can now be brought up on fraud charges for impersonating a public official while receiving federal funding.

## III. STATEMENT OF THE ISSUE

The following issues are presented for resolution by the court: *Whether Judge Barbara Linde has an Official Bond, as required, to be a Public Servant?*

*Did the Court have Jurisdiction over the Natural Man, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, to sign a Final Divorce Order?*

*Is attorney, David P. Tracy, using the Superior Court, in BAD FAITH, to take advantage of, Joseph Stanley Pigott a.k.a. King Abdul Mumin El?*

*Is the Moorish American Treaty Of Peace & Friendship Of 1787 & The U. S. Constitution of 1789 the Supreme Law Of the Land. in which. Joseph Stanley Pigott a.k.a. King Abdul Mumin El. should have been tried with?*

*Did the Court establish a hearing for. Joseph Stanley Pigott a.k.a. King Abdul Mumin El. to test to see if the Court had Jurisdiction over the Natural Man?*

*Did Judge Barbara Linde Obstruct Justice. when she was asked not to try this case, because of an ongoing Federal Criminal Investigation?*

*Is the Final divorce order VOID ON ITS FACE?*

*Is Judge Barbara Linde Bonded, as required by law?*

*Is attorney. David P. Tracy using this court. in BAD FAITH, to injure. Joseph Stanley Pigott a.k.a. King Abdul Mumin El?*

*Whether the court should enter a Temporary Restraining Order that prevents the Defendants. David P. Tracy & Judge Barbara Linde. from doing business. with the WASHINGTON STATE CORPORATION?*

IV. EVIDENCE RELIED UPON

This motion is based on the attached declaration of *King Abdul Mumin El*, and Moorish American Treaty Of Peace & Friendship of 1787 & the Final Court Order supports this motion.

V. LEGAL AUTHORITY

This motion is made pursuant to *[specify. e.g.,* CR 65(b) *and* RCW 7.40.020*],* which provide in pertinent part:

**RCW 7.40.020**

**Injunction bond.**

No injunction or restraining order shall be granted until the party asking it shall enter into a bond, in such a sum as shall be fixed by the court or judge granting the order, with surety to the satisfaction of the clerk of the superior court, to the adverse party affected thereby, conditioned to pay all damages and costs which may accrue by reason of the injunction or restraining order. The sureties shall, if required by the clerk, justify as provided by law, and until they so justify, the clerk shall be responsible for their sufficiency. The court in its sound

discretion may waive the required bond in situations in which a person's health or life would be jeopardized.

[          § 5. 1957 ;         Code 1881 § 159; 1877 a                .
          RRS § 725.]

NOTES:

*Rules of court: Cf. CR 65(c).*

*Corporate surety—Insurance: Chapter        RCW.*

Plaintiff has a clear right to temporary restraining order because the Defendants agreed to the Moorish American Treaty Of Peace & Friendship Of 1787 and the U.S. Constitution Of 1789 to do Commerce and be at peace with the Moors. Plaintiff has a well grounded fear of invasion of that right because Defendants, Barbara Linde and David P. Tracy, has accepted employment under Oath of this contract and that the Supreme Law of the Land to do their jobs in Good Behavior and the defendants conduct will result will result in actual and irreparable injury to the Plaintiff life and property, according to Article VI of the U.S. Constitution. and it is in the public interest to enforce this Treaty to protect the Moors Empire, in the interest of our business and that all judges in every State are bound thereby, and any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

Article VI of the U.S. Constitution says

All Debts contracted and Engagements entered into, before the Adoption of this Constitution shall be as valid against the United States under this Constitution, as under the Confederation

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof, and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States

## VI. PROPOSED ORDER.

A proposed order granting the relief requested accompanies this motion.

Dated: 4/04/2019

[Signed] *Mr. Joseph S. Pigott a.k.a King Abdul Mumin El*
Joseph Stanley Pigott a.k.a. King Abdul Mumin El

**Superior Court of Washington, County of** KING

In re the marriage of:

Petitioner *(person who started this case):*

Heather W Barr

And Respondent *(other spouse):*

Joseph S. Pigott

(aka King Abdul Mumin El)

No. 17-3-65075-3 SEA

☒ Final Divorce Order (Dissolution Decree) (DCD)
☐ Final Legal Separation Order (Decree) (DCLGSP)
☐ Invalid Marriage Order (Annulment Decree) (DCINMG)
☐ Valid Marriage Order (Decree) (DCVMO)
☐ Clerk's action required: **1, 2, 6, 13, 14, 16**

**Final** ☒ **Divorce Order** ☐ **Legal Separation Order**

☐ **Invalid Marriage Order** ☐ **Valid Marriage Order**

1. **Money Judgment Summary**

   ☒ No money judgment is ordered.

   ☐ *Summarize any money judgments from sections 6 or 14 in the table below.*

   | Judgment for | Debtor's name *(person who must pay money)* | Creditor's name *(person who must be paid)* | Amount | Interest |
   |---|---|---|---|---|
   | Money Judgment (section 6) | | | | |
   | Fees and Costs (section 14) | | | $ | $ |
   | Other amounts (describe): | | | $ | $ |
   | | | | $ | $ |
   | Yearly Interest Rate: ____% (12% unless otherwise listed) | | | | |
   | Lawyer (name): | | represents (name): | | |
   | Lawyer (name): | | represents (name): | | |

2. **Summary of Real Property Judgment** (land or home)

   ☐ No real property judgment is ordered

   ☒ *Summarize any real property judgment from section 7 in the table below.*

RCW 26.09.030; .040; .070(3)
Mandatory Form (05/16, rev.4/25/16)
FL Divorce 241

Final Divorce/Legal Separation/
Valid/Invalid Marriage Order
p. 1 of 9.   10

COPY

| Grantor's name (person giving property) | Grantee's name (person getting property) | Real Property (fill in at least one) | |
|---|---|---|---|
| | | Assessor's property tax parcel or account number: | Legal description of property awarded (lot/block/plat/section, township, range, county, state) |
| | | | |
| | | | |
| | | | |
| Lawyer (name): | | represents (name): | |
| Lawyer (name): | | represents (name): | |

➢ **The court has made Findings and Conclusions in this case and now Orders:**

3.  **Marriage**
    ☒ This marriage is dissolved. The Petitioner and Respondent are divorced.
    ☐ The Petitioner and Respondent are granted a Legal Separation.
    ☐ This marriage is invalid (annulled).
    ☐ This marriage is valid (not annulled).

4.  **Name Changes**
    ☒ Neither spouse asked to change his/her name.
    ☐ The Petitioner's name is changed to (new name):

    _____
    first                          middle                              last
    ☐ The Respondent's name is changed to (new name):

    _____
    first                          middle                              last

5.  **Separation Contract**
    ☒ There is no enforceable separation contract.
    ☐ The spouses must comply with the terms of the separation contract signed on
       (date): _____. This contract is (check one):
          ☐ attached as an Exhibit and made part of this Order.
          ☐ not filed with the court and is incorporated by reference. (RCW 26.09.070(5))
          ☐ filed with the court as a separate document and is incorporated by reference.

6. **Money Judgment** (*summarized in section 1 above*)

☑ None.

☐ The (*check one*):  ☐ Petitioner  ☐ Respondent  must pay the other party
(*amount*) $_____. The court grants a judgment for this amount.

The **interest rate** is 12% unless another amount is listed below.

☐ The interest rate is _____% because (*explain*): _____

☐ Other: _____
_____

7. **Real Property** (land or home) (*summarized in section 2 above*)

☐ Neither spouse owns any real property.

☐ The real property is divided according to the separation contract described in **5** above.

☐ The real property is divided as listed in Exhibit ___. This Exhibit is attached and made part of this Order.

☒ The real property is divided as explained below:

| Real Property Address | Tax Parcel Number | Given to which spouse as his/her separate property? |
|---|---|---|
| 604 S. 162nd St Burien, WA 98148 | 725 000 -0085 00 | ☒ Petitioner  ☐ Respondent |
|  |  | ☐ Petitioner  ☐ Respondent |
|  |  | ☐ Petitioner  ☐ Respondent |

☐ The spouse giving up ownership must sign a Quit Claim Deed and Real Estate Excise Tax Affidavit to transfer the real property to the other spouse by (*date*): _____

☐ The court does not have jurisdiction to divide real property.

☐ Other (*specify*): _____
_____

8. **Petitioner's Personal Property** (possessions, assets or business interests of any kind)

☐ The personal property that Petitioner now has or controls is given to Petitioner as his/her separate property. No transfer of property between Petitioner and Respondent is required.

☐ The personal property listed as Petitioner's in the separation contract described in **5** above is given to Petitioner as his/her separate property.

RCW 26.09.030, .040, .070(3)
Mandatory Form (05/16, rev.4/25/16)
FL Divorce 241

Final Divorce/Legal Separation/
Valid/Invalid Marriage Order
p. 3 of 4   10

☐ The personal property listed in Exhibit ___ is given to Petitioner as his/her separate property. This Exhibit is attached and made part of this Order.

☒ The personal property listed below is given to Petitioner as his/her separate property. *(Include vehicles, pensions/retirement, insurance, bank accounts, furniture, businesses, etc. Do not list more than the last four digits of any account number. For vehicles, list year, make, model and VIN or license plate number.)*

| | |
|---|---|
| 1. 2015 Toyota Camry | 5. personal papers |
| 2. 400 paintings by R. Harding | 6. personal clothing |
| 3. Chicken coop kit | 7. household furniture |
| 4. gas pressure washer | 8. household appliances |

☐ The court does not have jurisdiction to divide personal property.

☐ Other *(specify):* _____

### 9. Respondent's Personal Property *(possessions, assets or business interests of any kind)*

☐ The personal property that Respondent now has or controls is given to Respondent as his/her separate property. No transfer of property between Petitioner and Respondent is required.

☐ The personal property listed as Respondent's in the separation contract described in 5 above is given to Respondent as his/her separate property.

☐ The personal property listed in Exhibit ___ is given to Respondent as his/her separate property. This Exhibit is attached and made part of this Order.

☒ The personal property listed below is given to Respondent as his/her separate property. *(Include vehicles, pensions/retirement, insurance, bank accounts, furniture, businesses, etc. Do not list more than the last four digits of any account number. For vehicles, list year, make, model and VIN or license plate number.)*

| | |
|---|---|
| 1. all musical instruments | 5. all tools in garage at |
| 2. all music equipment | 6. 604 S. 163 St |
| 3. vehicles in his name | 7. Burien |
| 4. bank accounts in his name | 8. |

☐ The court does not have jurisdiction to divide personal property.

☐ Other *(specify):* _____

### 10. Petitioner's Debt

The Petitioner must pay all debts s/he has incurred (made) since the date of separation, unless the court makes a different order about a specific debt below. *(Check one):*

☐ The Petitioner has no debt.

☒ The Petitioner must pay the debts that are now in his/her name.

RCW 26.09.030; .040; .070(3)
Mandatory Form (05/16, rev.4/25/16)
FL Divorce 241

Final Divorce/Legal Separation/
Valid/Invalid Marriage Order
p. 4 of 10

☐ The Petitioner must pay debts as required by the separation contract described in **5** above.

☐ The Petitioner must pay the debts listed in Exhibit _____. This Exhibit is attached and made part of this Order.

☐ The Petitioner must pay all debts listed below:

| Debt Amount | Creditor (person or company owed this debt) | account number (last 4 digits only) |
|---|---|---|
| $ | | |
| $ | | |
| $ | | |
| $ | | |

☐ The court does not have jurisdiction to divide debts.

☐ Other *(specify):* _____

## 11.    Respondent's Debt

The Respondent must pay all debts s/he has incurred (taken on) since the date of separation, unless the court makes a different order about a specific debt below. *(Check one)*:

☐ The Respondent has no debt.

☒ The Respondent must pay the debts that are now in his/her name.

☐ The Respondent must pay debts as required by the separation contract described in **5** above.

☐ The Respondent must pay the debts listed in Exhibit ____. This Exhibit is attached and made part of this Order.

☐ The Respondent must pay all debts listed below:

| Debt Amount | Creditor (person or company owed this debt) | account number (last 4 digits only) |
|---|---|---|
| $ | | |
| $ | | |
| $ | | |
| $ | | |

☐ The court does not have jurisdiction to divide debts.

☐ Other *(specify):* _____

## 12.   Debt Collection (hold harmless)

☐ Does not apply.

☒ If one spouse fails to pay a debt as ordered above and the creditor tries to collect the debt from the other spouse, the spouse who was ordered to pay the debt must hold the other spouse harmless from any collection action about the debt. This includes

RCW 26.09.030; .040; .070(3)
Mandatory Form (05/16, rev.4/25/16)
FL Divorce 241

Final Divorce/Legal Separation/
Valid/Invalid Marriage Order
p. 5 of 9

reimbursing the other spouse for any of the debt he/she paid and for attorney fees or costs related to defending against the collection action.

☐ Other *(specify)*: _____

**13. Spousal Support** (maintenance/alimony)

☒ No spousal support is ordered.

☐ Spousal support must be paid as required by the separation contract described in **5** above. Spousal support will end when either spouse dies, or the spouse receiving support gets married or registers a new domestic partnership, *unless* the separation contract provides differently.

☐ Spousal support must be paid as described in Exhibit ___. This Exhibit is attached and made part of this Order. Spousal support will end when either spouse dies, or the spouse receiving support gets married or registers a new domestic partnership, *unless* the Exhibit provides differently.

☐ The *(check one)*: ☐ Petitioner ☐ Respondent must pay spousal support as follows:

| Amount: $_____ each month | Start date: _____ Date 1st payment is due | Payment schedule: _____ Day(s) of the month each payment is due (for example, "the 5th," "weekly," or "half on the 1st and half on the 15th") |
|---|---|---|

**Termination:** Spousal support will end when either spouse dies, or the spouse receiving support gets married or registers a new domestic partnership *unless* a different date or event is provided below:

☐ Date: _____

☐ Other *(specify)*: _____

**Make all payments to** *(check one)*:

☐ the other spouse directly by *(check one)*:

   ☐ mail to: _____

      Street address or PO box     City     State     Zip

   ☐ direct deposit/transfer to a bank account identified by the receiving party.

   The receiving party must notify the paying party of any address or account change.

☐ the Washington State Support Registry. The Registry will forward the support to the other spouse *(only if child support is also ordered)*. *(If you check this box, also check the "Clerk's action required" box in the caption on page 1.)* **To the Clerk:** forward a copy of this order to WSSR.

☐ the court clerk, who will forward the support to the other spouse *(only if there is no child support order)*. *(If you check this box, also check the "Clerk's action required" box in the caption on page 1.)*

☐ Other *(specify)*: _____

☐ The spouse paying support has public (state) retirement benefits. *(RCW 26.09.138)*

   ☐ The spouse owed support may ask, without giving notice, for the other spouse's retirement benefits to be assigned to him/her if:

     ▪ $100 or more in spousal support is more than 15 days late, or

RCW 26.09.030; .040; .070(3)
Mandatory Form (05/16, rev.4/25/16)
FL Divorce 241

Final Divorce/Legal Separation/
Valid/Invalid Marriage Order
p. 6 of 9 *10*

- The other spouse asks to take money out of his/her public retirement account. *(RCW 41.50)*

☐ The Department of Retirement Systems may pay all or part of a withdrawal from a retirement account directly to the spouse owed support. *(RCW 41.50.550(3))*

☐ Other *(specify):* _____

## 14. Fees and Costs *(Summarize any money judgment in section 1 above.)*

☒ Each spouse will pay his/her own fees and costs.

☐ Fees and costs must be paid as required by the separation contract described in **5** above.

☐ The court orders a money judgment for fees and costs as follows:

| Judgment for | Debtor's name *(person who must pay money)* | Creditor's name *(person who must be paid)* | Amount | Interest |
|---|---|---|---|---|
| ☐ lawyer fees | | | | |
| ☐ guardian ad litem (GAL) fees | | | $ | $ |
| ☐ court costs | | | $ | $ |
| | | | $ | $ |
| ☐ other fees and expenses *(specify):* | | | $ | $ |

The **interest rate** is 12% unless another amount is listed below.

☐ The interest rate is _____% because *(explain):* _____

☐ Other: _____

## 15. Protection Order

☒ No one requested an *Order for Protection.*

☐ **Approved** – The request for an *Order for Protection* is approved. The *Order for Protection* is filed separately.

☐ **Denied** – The request for an *Order for Protection* is denied. The *Denial Order* is filed separately.

☐ **Renewed/Changed** – The existing *Order for Protection* filed in or combined with this case is renewed or changed as described in following order, filed separately *(check one):*

  ☐ *Order on Renewal of Order for Protection*

  ☐ *Order Modifying/Terminating Order for Protection*

☐ Other: _____

RCW 26.09.030; .040; .070(3)
Mandatory Form (05/16, rev.4/25/16)
FL Divorce 241

Final Divorce/Legal Separation/
Valid/Invalid Marriage Order
p. 7 of 9. / 9

**16. Restraining Order**

☒ No one requested a *Restraining Order*.

☐ **Approved** – The request for a *Restraining Order* is approved. The *Restraining Order* is filed separately.

☐ **Denied** – The request for a *Restraining Order* is denied.

☐ *Check this box if the court previously signed a temporary Restraining Order and is **not** signing a final Restraining Order in this case. Also check the "Clerk's action required" box in the caption on page 1.*

Name of law enforcement agency where the Protected Person lived when the *Restraining Order* was issued: _____

**To the Clerk:** Provide a copy of this Order to the agency listed above within one court day. The law enforcement agency must remove the temporary *Restraining Order* from the state's database.

**17. Children of the marriage**

☒ The spouses have **no** children together who are still dependent.

☐ This court has jurisdiction over the children the spouses have together as explained in the *Findings and Conclusions* for this case.

If there are children of both spouses listed in the *Findings and Conclusions* who do not have both spouses listed on their birth certificates, the State Registrar of Vital Statistics is ordered to amend the children's birth certificates to list both spouses as parents upon receipt of a certified copy of this order and the *Findings and Conclusions*.

> *Note* – The court does not forward this order to Vital Statistics. To amend the birth certificate, a party must provide a certified copy of this order and the *Findings and Conclusions* and pay a filing fee to the State Registrar of Vital Statistics (360-236-4347). You may order a copy of the amended birth certificate for an additional fee.

☐ This court does **not** have jurisdiction over the children as explained in the *Findings and Conclusions* for this case.

**18. Parenting Plan**

☒ Does not apply. The spouses have no dependent children together, or the court does not have jurisdiction over the children.

☐ The court signed the final *Parenting Plan* filed separately today or on *(date)*: _____

☐ The guardian ad litem (GAL) is discharged.

**19. Child Support**

☒ Does not apply. The spouses have no dependent children together, or the court does not have jurisdiction over child support.

☐ **Court Order** – The court signed the final *Child Support Order* and *Worksheets* filed separately today or on *(date)*: _____
*Tax exemptions and post-secondary (college or vocational school) support are covered in the Child Support Order.*

---

RCW 26.09.030; .040; .070(3)
Mandatory Form (05/16, rev.4/25/16)
FL Divorce 241

Final Divorce/Legal Separation/
Valid/Invalid Marriage Order
p. 8 of 9

☐ **Administrative Order** – The court is **not** issuing a child support order. There is an administrative child support order established by DSHS Division of Child Support (DCS) for the dependent children of this marriage.

DCS child support orders do not cover tax exemptions or post-secondary (college or vocational school) support. Therefore, the court orders:

☐ **Tax Exemptions** – The parties have the right to claim the children as their dependents on their tax forms as follows (describe):

_____

_____

For tax years when a non-custodial parent has the right to claim the children, the parents must cooperate to fill out and submit IRS Form 8332 in a timely manner.

> **Warning!** Under federal law, the parent who claims a child as a dependent may owe a tax penalty if the child is not covered by health insurance.

☐ **Post-secondary (college or vocational school)** –The court orders:

☐ A parent may ask the court for post-secondary support at a later date, but he/she must file that request before the duty to pay child support ends.

☐ The parents must pay for the children's post-secondary support. The parents will make a post-secondary support plan or the court will order one.

☐ Post-secondary support is **not** required.

☐ Other (specify): _____

**20.** **Other Orders** (if any):

See additional orders, attached as

Page 10 +

incorporated herein

**Ordered.**

Date: _10-2-18_        ▶ _Barbara Linde_
                                    Judge or Commissioner

**Petitioner and Respondent or their lawyers fill out below.**

This document (check any that apply):
☐ is an agreement of the parties
☐ is presented by me
☐ may be signed by the court without notice to me

This document (check any that apply):
☐ is an agreement of the parties
☐ is presented by me
☐ may be signed by the court without notice to me

▶ _Heather Barr_
Petitioner signs here or lawyer signs here + WSBA #

_Respondent was_
Respondent signs here or lawyer signs here + WSBA #

HEATHER W BARR            10/2/2018
Print Name                         Date

_present but_
Print Name                         Date

_declined to sign_ (B)

RCW 26.09.030; .040; .070(3)
Mandatory Form (05/16, rev.4/25/16)
FL Divorce 241

Final Divorce/Legal Separation/
Valid/Invalid Marriage Order
p. 9 of 8  10

see page 10

Petitioner: Heather W. Barr

Respondent: Joseph S. Pigott

Case No: 17-3-05075-3 SEA

It is further ordered that

Petitioner Heather W. Barr asks that the court order:

1. Respondent Joseph S. Pigott ~~shall~~ peacefully vacate the property at 604 S 162nd Street, Burien, WA (hereto referred to as Petitioner's Real Property) by Dec , 2nd 2018 and           leave it and its contents (furniture, appliances) in the same undamaged condition it was in                    in June 2017.

2. By Dec, 2nd 2018, Respondent shall           remove from the Petitioner's Real Property, including house, garage, shed and outdoor property, all his belongings, and any personal property/effects belonging to any of his family members, his friends or associates, including anything belonging to any other party.

3. Any other people                           : living at Petitioner's real property at 604 S 162nd Street will vacate the property by Dec 2nd 2018

4. Respondent shall leave any property belonging to Pet. or her daughter that is at the Petitioner's Real Property in the house, garage, or outdoor property intact and undamaged.

5. Respondent shall not prohibit, prevent, impede or make difficult in any way access by Petitioner, any individual or agent working at behest or on behalf of Petitioner to the Petitioner's Real Property including the house, garage, shed or outdoor areas at any time between the date of the divorce orders and Dec 2nd 2018.

6. Respondent shall continue to behave in a respectful and reasonable manner, not threaten or harass the Petitioner or any of her associates in any manner.

7. Responder shall cease and desist from filing any court papers regarding the petitioner's real property, and will withdraw the Lis Pendens he filed on 9/9/2017

8 The Lis Pendens Respondent filed is hereby dismissed.

9. Respondents oral motions asking this Court to recuse and to produce proof of a bond are denied.

10. Respondents oral challenges to this Court's authority and jurisdiction to act in this proceeding are overruled as not timely and not supported in law or fact.

FILED

2019 APR 15 PM 12: 10

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

# CERTIFIED
# COPY

IN THE SUPERIOR COURT FOR KING COUNTY WASHINGTON

Joseph Stanley Pigott aka King ) Case No.: 19-2-10040-1 SEA
Abudul Mumin El                 )
              Petitioner,       ) ORDER DENYING TEMPORARY
      vs.                       ) RESTRAINING ORDER AND IMPOSING
Heather W. Barr, Law Offices of ) TERMS
David P. Tracy, David P. Tracy, )
Judge Barbara Linde, et. al.,   )

              Respondent

---

### JUDGMENT

Per RCW 4.64.030

1.  Creditor:              David P. Tracy

2.  Debtor:                Joseph  Stanley  Pigott  aka  King
Abudul Mumin El

3.  Judgment amount: (Terms)        $ ~~____~~

4.  Creditor's costs:
    Filing fee       $_____
    Service fees     $_____
    Sheriff's fee    $_____
    writ fee         $ 32.16
    parking          $_____

5.  Attorney's Fees        $ 1550.00

6.  Total:                 $ 1582.16

ORDER   DENYING   MOTION
IMPOSINIG TERMS -1

LAW OFFICES OF DAVID P. TRACY
108 WELLS AVENUE SOUTH
RENTON, WA 98057
(425) 277-0977

7.  Attorney for Judgment Creditor:
    DAVID P. TRACY
    Attorney at Law
    108 Wells Avenue South

    Renton, WA 98055

        THIS MATTER having come on regularly for hearing this

date and the plaintiff(s) appearing and defendant David P.

Tracy appearing, objecting that this appearance is just for

this hearing and not waiving any objections to sufficiency of

process and no other defendant(s) appearing, and the Court

being fully advised and having considered the Motion and

Declarations, now, find as follows:

Now, therefore, it is hereby;

        ORDERED, ADJUDGED, and DECREED as follows:

        1.  Petitioner's Motion for Preliminary Injunction is

denied.

        2.  That Respondent David P. Tracy be awarded attorney

fees and costs for responding to this Motion in the amount of

$1,582.18.

        DONE IN OPEN COURT THIS _____ day of 4/15/19 ,

20_____.

                                    _____
                                    JUDGE/COURT COMMISSIONER

Presented by:                       HENRY H. JUDSON
_____
DAVID P. TRACY WSBA#8692            APR 15 2019
Attorney for David Tracy

                                    COURT COMMISSIONER

ORDER   DENYING   MOTION            LAW OFFICES OF DAVID P. TRACY
IMPOSINIG TERMS -2                  108 WELLS AVENUE SOUTH
                                    RENTON, WA 98057
                                    (425) 277-0977

JURYDEMAND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:19-cv-00682-RSM

Barr v. Pigott                                          Date Filed: 05/07/2019
Assigned to: Judge Ricardo S. Martinez                 Jury Demand: Defendant
Case in other court: King County Superior Court, 17-00003-   Nature of Suit: 190 Contract: Other
                     05075-3 SEA                       Jurisdiction: Federal Question
Cause: 28:1446 Notice of Removal

**Petitioner**

**Heather Winslow Barr**                represented by  **Heather Winslow Barr**
                                                        1904 POST ALLEY
                                                        SEATTLE, WA 98101
                                                        PRO SE

V.

**Respondent**

**Joseph Stanley Pigott**              represented by  **Joseph Stanley Pigott**
*also known as*                                        **E-filing/Service**
King Abdul Mumin El                                    604 S 162ND STREET
                                                       BURIEN, WA 98148
                                                       206-566-1640
                                                       Email: privateagpigott80@gmail.com
                                                       PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2019 | 1 | NOTICE OF REMOVAL from King County Superior Court, filed by Joseph S Pigott. Case number 17-3-05075-3 SEA. (IFP Pending) (Attachments: # 1 Complaint (Petition for Divorce), # 2 Civil Cover Sheet)(ST) (Entered: 05/10/2019) |
| 05/07/2019 | 2 | MOTION for Leave to Proceed In Forma Pauperis, filed by Joseph S Pigott.(ST) (Entered: 05/10/2019) |
| 05/07/2019 | 3 | LETTER from Clerk to counsel re receipt of case from King County Superior Court and advising of WAWD case number and judge assignment. (cc: petitioner and respondent via USPS) (ST) (Entered: 05/10/2019) |
| 05/15/2019 | 5 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Hon. Michelle L. Peterson.(MW)(cc: Petitioner and Respondent via USPS (Entered: 05/15/2019) |
| 05/15/2019 | 6 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT Joint Status Report due by 6/26/2019, FRCP 26f Conference Deadline is 6/12/2019, Initial Disclosure Deadline is 6/19/2019, by Judge Ricardo S. Martinez. cc:parties via USPS (LW) (Entered: 05/15/2019) |
| 05/16/2019 | 7 | Mail addressed to Heather Winslow Barr returned as Undeliverable re 3 Judge Assignment |

| | | |
|---|---|---|
| | | Letter (Removal & Transfer cases only) (TH) (Entered: 05/16/2019) |
| 05/20/2019 | 8 | NOTICE: Respondent Joseph Stanley Pigott has registered to electronically file and receive electronic service in this case. (PS) (Entered: 05/20/2019) |
| 05/23/2019 | 9 | DEMAND for JURY TRIAL by Respondent Joseph Stanley Pigott (Pigott, Joseph) (Entered: 05/23/2019) |
| 05/23/2019 | 10 | SUPPLEMENT *NOTICE OF REMOVAL* by Respondent Joseph Stanley Pigott (Pigott, Joseph) (Entered: 05/23/2019) |
| 05/23/2019 | 11 | **SEALED SUPPLEMENT** *NOTICE OF REMOVAL* by Respondent Joseph Stanley Pigott (Attachments: # 1 Supplement)(Pigott, Joseph) Modified on 5/24/2019 to seal main document only due to sensitive personal identifiers. (PM). (Entered: 05/24/2019) |
| 05/23/2019 | 13 | Mail addressed to Heather Winslow Barr returned as Undeliverable re 5 Order on Motion for Leave to Proceed in forma pauperis (MW) (Entered: 05/24/2019) |
| 05/24/2019 | 12 | SUPPLEMENT *PLAINTIFF'S ADDRESS* by Respondent Joseph Stanley Pigott (Pigott, Joseph) (Entered: 05/24/2019) |
| 05/24/2019 | | NOTICE TO FILER: re 11 Supplement (main document only). Document contains personal identifiers (Dates of birth, page 30) that are required to be redacted per Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, and has been administratively sealed. Please file a redacted version of the document as soon as practicable. This will not affect your original filing date. (PM) (Entered: 05/24/2019) |
| 05/28/2019 | 14 | Mail addressed to Heather Winslow Barr returned as Undeliverable re 6 Joint Status Report Order Form for District Judges (TH) (Entered: 05/29/2019) |
| 05/29/2019 | 15 | ORDER TO SHOW CAUSE. The Court ORDERS that Respondent, no later than fourteen (14) days from the date of this Order, shall SHOW CAUSE (1) why the Court has subject matter jurisdiction over this matter, (2) why removal was properly accomplished in accordance with the applicable federal statutes, and (3) why this action should not be remanded for a lack of jurisdiction. Signed by Judge Ricardo S. Martinez. (SWT) (cc: Petitioner via USPS) (Entered: 05/29/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/03/2019 17:42:29 | | |
| **PACER Login:** | dclawgroup206:3636437:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-00682-RSM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |