**CLERK, UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

___ FILED
___ LODGED
___ RECEIVED

JUN 07 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**Heather Winslow Barr**
1904 POST ALLEY
SEATTLE, WA 98101

FCM FRT 05-31-19

NIXIE       980   DE   1      0006/04/19

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 98101444293      *8226-04949-01-34

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES
ZIP 98057
02 4W
0000363966    $ 000.45⁹    MAY 30 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER WINSLOW BARR, | CASE NO. C19-682RSM |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| JOSEPH STANLEY PIGOTT, | |
| Respondent. | |

On May 7, 2019, Respondent filed a notice of removal in this court, attaching a Petition for Divorce (Dissolution) that was filed in 2017 in the Washington State Superior Court for King County. Dkt. #1. Respondent's notice of removal indicates that Respondent demands

> to have this CLASS ACTION CASE removed to the FEDERAL COURT, on the grounds of TREASON, THE MOORISH AMERICAN TREATY OF PEACE & FRIENDSHIP OF 1787 & THE UNITED STATES CONSTITUTION OF 1789, JUDICIAL MISCONDUCT, HUMAN TRAFFICKING, RACKETEERING INFLUENCED & CORRUPT ORGANIZATIONS (R.I.C.O.), MONEY LAUNDERING, ANTI TUST [sic], MONOPOLY, CIVIL RIGHTS, CONSUMER PROTECTION ACT, BANK FRAUD, HOME OWNERS BEING DEFRAUDED-(BY BANKS), FALSE IMPRISONMENT, FRAUDULENT STATE JUDGES, OBSTRUCTION OF JUSTICE, ETHICS IN GOVERNMENT ACT & PRIVATE U.S. ATTORNEY GENERAL ACT ET AL..
>
> That this case is worth over Five & Million Dollars and there are too many people to give notices to, by JOINDER and will need to send notice to all PEOPLE OF THE CLASS ACTION.

ORDER – 1