Robin L. Crawford
2507 Corral Trail
Friendswood, TX 77546

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Heather Winslow Barr, | § CASE NO.: 2:19-cv-00682-RSM |
| PLAINTIFF, | § |
| vs. | § ROBIN L. CRAWFORD JOINDER TO THIS CASE |
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El, | § |
| DEFENDANT, | § |

### ROBIN L. CRAWFORD JOINDER TO THIS CASE

Respondent, Robin L. Crawford Aka Amina Queen Sofia El Bey hereby joins in to this Case. By this Joinder, Robin L. Crawford adopts and incorporates by reference all points and authorities set forth in this Case as if fully set forth herein. Robin L. Crawford was harmed IN THE COUNTY CIVIL COURT AT LAW NO. 1 Cause number **1131757** located at Harris County Civil Courthouse 201 Caroline, Suite 740 Houston, TX 77002-1900. Robin L. Crawford demands that **RAFI REAL ESTATE, LLC. STOP** trying to evict her out of her home and to

Heather Winslow Barr vs. Joseph Stanley Pigott a.k.a. King Abdul Mumin El

- 1

correct the Fraud upon the state court, including Judge with **NO BOND** George Barnstone in Cause number **1131757**. Referencing said property at <u>**2507 Corral Trail, Friendswood, Texas 77546**</u>.

Signed: *[signature]*

**Robin L. Crawford June 8th 2019**

**Heather Winslow Barr vs. Joseph Stanley Pigott a.k.a. King Abdul Mumin El**

- 2 -