

Robin L. Crawford

2507 Corral Trail

Friendswood, TX 77546

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Heather Winslow Barr, | § | CASE NO.: 2:19-cv-00682-RSM |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | PROPOSED ORDER GRANTING |
| | § | ROBIN L. CRAWFORD |
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El, | § | AGREEMENT TO JOIN CASE |
| | § | (JOINDER) |
| | § | |
| DEFENDANT, | § | |

## PROPOSED ORDER GRANTING ROBIN L. CRAWFORD AGREEMENT TO JOIN CASE (JOINDER)

Heather Winslow Barr vs. Joseph Stanley Pigott a.k.a. King Abdul Mumin El

- 1

The United States District Court for the Western District of Washington ("the Court"), agrees that Robin L. Crawford Aka Amina Queen Sofia El Bey joining this Case 2:19-cv-00682-RSM facilitating under the Moorish Constitutional Rights.

**ORDER INCLUDES THIS UNDERSTANDING**

*Robin L. Crawford Aka Amina Queen Sofia El Bey is under the non-obligatory respect for the laws of the local city, state and federal government, we, the Moorish Holy Temple of Science are only fully obligated to the laws which governs [sic] our body politic, its Constitution and the Organic Constitution of the united states of America Republic (1791) specifically article VI (Treaties) of said Constitution.... We claim our preexisting right to Autonomy and Constitutional Immunity. As mandated by our doctrine, We have claimed, reclaim, and proclaim attributes which describe our Free National Descent Name of our Fore Fathers because by honoring our Mothers and Fathers our days may be long in the land. We also have revoked, rescinded, relinquished and hereby declare the legal fiction, nom de guerre, Straw man dissolute and from this day forth shall be known as Civiliter Mortus.*

**DATED this \_\_\_\_ day of _____, 20\_\_\_\_\_.**

**Heather Winslow Barr vs. Joseph Stanley Pigott a.k.a. King Abdul Mumin El**

_____

**DISTRICT COURT JUDGE**

Signed: *[signature]*

**Respectfully submitted by Robin L. Crawford**

June 9, 2019

**Heather Winslow Barr vs. Joseph Stanley Pigott a.k.a. King Abdul Mumin El**

- 3