

King Abdul Mumin El
Of The Kingdom Of Morocco

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Heather Winslow Barr, | No. 19-CV-00682 RSM |
| Plaintiff, | No. 17-3-05075-3 SEA DECLARATION FOR DEFENDANT King Abdul Mumin El's ARMISTICE & ORDER FOR THE UNITED STATES OF AMERICA PRESIDENT DONALD JOHN TRUMP & DEMAND TO RELEASE ALL MOORISHISH AMERICAN POW'S TO KING ABDUL MUMIN EL FOR TREASON TO ENSLAVE MOORS AND KILL THEM FOR SPORT BY CONGRESS & REPARATIONS TO THE MOORS OF THE REPUBLIC & CERTIFICATION FOR CLASS ACTION |
| v. | |
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El, | |
| Defendant. | |

1.  That, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, is the Posterity and Nobel Heir of the Kingdom Of Morocco and is of Sound Mind, Body & Spirit to say to this UNITED STATES COURT and Judge Ricardo S. Martinez, that the UNITED STATES OF AMERICA & CONGRESS signed the Moorish American Treaty Of Peace & Friendship Of 1787 and the United States Constitution to be in Friendship and do Commerce with the Moors.

2.  That I, King Abdul Mumin El, am the Protector, Defender & Enforcer of the WILL TO THE PROMISED LAND, between the Moors & the United States Citizens.

3.  That the Moorish American Treaty Of Peace & Friendship Of 1787 has been hidden, by every Court and college, high school, grade school, British law schools and the United States Congress ratified the Moorish American Treaty Of Peace & Friendship Of 1787.

4.  The United States Constitution has been used, by this Court without using the Moorish American Treaty Of Peace & Friendship Of 1787 and violates a Judges Oath Of Office not to uphold the ARMISTICE/COURT ORDER signed by the United States and the Article VI of the United States Constitution paragraph 2 states that a Judge is BOUND by, and the last sentence says "any Thing in the Constitution or laws of any state to the contrary notwithstanding." See Article VI, below.

# Article VI

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

**JUDGE RICARDO S. MARTINEZ CAN NOT AND MUST NOT USE CASE LAW, STATUTES & CODES TO DENY KING ABDUL MUMIN EL'S CLASS ACTION FOR ARMISTICE & ORDER TO RELEASE ALL PRISONERS TO KING ABDUL MUMIN EL & REPARATIONS FOR PARAGRAPH 1 FOR ALL DEBTS CONTRACTED & ENGAGEMENTS ENTERED INTO BEFORE THE ADOPTION OF THIS CONSTITUTION OWED TO THE MOORS.**

5.  That a Notice & Demand was sent to the King County Superior Court letting them know that I am conducting a Federal Criminal Investigation against their Court and that I was Human Trafficked,

by Judges, lawyers and others and sent to prison, for almost 10 years, when I was a free man, all of the time.

**THE KING COUNTY SUPERIOR COURT OPERATES A CRIMINAL GANG AND CAN'T BETRUSTED TO HEAR King Abdul Mumin El's COURT OF MOROCCO COURT ORDER TO TRY A UNITED STATES CONSTITUTION ARTICLE III SECTION 3 CASE FOR TREASON AGAINST ITSELF FOR HUMAN TRAFFICKING PEOPLE, BY ITS CRIMINAL GANG OF PROSECUTORS, PUBLIC DEFENDERS & JUDGES THAT DON'T HAVE AN OFFICIAL BOND, AS REQUIRED TO SIT ON THE BENCH.**

6. That I am a Private U.S. Attorney General and have been conducting a Federal Criminal Investigation, for many years, and have Prima Facie Evidence of how the King County Superior Court's Criminal Gang of lawyers, Judges and the police Human Traffic Moors and the United States Government Kills Moors for sport can be seen at my blogs named privateagpigott.blogspot.com and the second blog is privateagpigott2.blogspot.com

7. That the Court was served my findings of Criminal Complaint for Treason, in the Supplemental Documents.  (See DECLARATION AMD REPORT OF PRIVATE U.S. ATTORNEY GENERAL JOSEPH STANLEY PIGOTT IN SUPPORT OF MOTION FOR THE APPOINTMENT OF SPECIAL PROSECUTING ATTORNEY.)

8. That this Court will be Obstructing my Federal Criminal Investigation, if it is sent back to the Criminal Gang, that I am suing for OBSTRUCTION OF JUSTICE, BREACH OF CONTRACT & FRAUD.

9. That, Heather Winslow Barr, Attorney for Heather Winslow Barr, David P. Tracy, LAW OFFICE OF TRACY & ZOTTMAN, KING COUNTY COURT, KING COUNTY SUPERIOR COURT & Judge Barbara Linde is being sued in the King County Superior Court is being sued and is a HUGE CONFLICT OF INTREST  to hear this CLASS ACTION & ARMISTICE ORDER, because these Defendants are Treasonous, for trying to steal my home.

10. That, Attorney David P. Tracy, was testifying as a Witness, while he was Fraudulently

representing, Defendant Heather Winslow Barr, when the attorney can't be a lawyer and witness, at the same time.

11. That, David P. Tracy, attorney David P. Tracy and LAW OFFICES OF TRACY & ZOTMAN is now writing an affidavit for, Defendant Heather Winslow Barr, to lie to this Court about a Final Court Order that is being sued on, in case number 19-2-10040-1 SEA, when David P. Tracy has a Conflict Of Interest to Represent, Defendant Heather Winslow Barr, at any stage, because the MOTION TO GET A WRIT OF ASSISTANCE/RESTITUTION was made in BAD FAITH, when the Divorce Order was Final and not appealed, by Defendant Heather Winslow Barr.

12. That, David P. Tracy, is an INTELOPER and has no business with me or this court and has NO CLAIM to my home he is trying to steal, by buttressing his MOTION TO STEAL MY HOME AND MAKE King Abdul Mumin El HOMELESS, when the Court Ruled that David P. Tracy, couldn't get a homeowner out of his home, because he is not a tenant and this is the wrong Court to try this, as he was trying to steal my home in a FAMILY LAW COURT.

13. That, David P. Tracy, is a Criminal and Judge shops to steal peoples homes, who don't know the paperwork he has filed is a SMOKE & MIRRORS trick to steal your home.  David P. Tracy, was offered a Bond for $38,000,000.00 for Heather Winslow Barr to settle this matter, because, Heather Winslow Barr & King Abdul Mumin El, had a Dowry to give to, Heather Winslow Barr, in the Divorce hearing, that I never Consented to or WAIVED any Rights/Rites to, Heather Winslow Barr's Dowry to the Moorish American Treaty Of Peace & Friendship Of 1787 & and the U.S. Constitution of 1789, to which she is to get paid from, because she married a Moor and is owed money, for the Bank the King County Superior Court stole from us and is mentioned in the Supporting Declaration and Report.

14. That, I have to joinder many people to this case, especially the prisoners that are locked up

and MUST have notice of the KING COUNTY COURT IS HUMAN TRAFFICKING PEOPLE AND SENDING THEM TO PRISON, in violation Article 16 of the Moorish American Treaty Of Peace & Friendship of 1787, which states as follows:

1282            MOROCCO

.16.

In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a defficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.

15. That, I King Abdul Mumin El, am helping Military Veterans to save their home, as I write this and here is some cases in California & Texas that needs to be joindered and many more. See California case number SWC1900827 Jorge Anderson v. THE SECRETARY OF VETERAN AFFAIRS.  Also, see Texas case number 2015-62725 of, Ms. Robin Crawford, who has found a Real Estate Criminal Gang that is stealing Hurricane Harvey's Properties, from home owners, in Harris County, Texas 125 JUDICIAL DISTRICT.

16. In conclusion, this is a CRIMINAL COMPLAINT of King Abdul Mumin El to have a Truce and a hearing on Treason, at the KEY ARENA OR MADISON SQUARE GARDEN.

s/Joseph S. Pigott a.k.a. King Abdul Mumin El
Joseph S. Pigott a.k.a. King Abdul Mumin El
Private U.S. Attorney General
604 So. 162nd St.
Burien, Washington 98148
Dated: 5/23/2019 PH. 206-566-1640