**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

August 6, 2019

King County Superior Court
CLERK OF COURT
516 3RD AVENUE E–609
SEATTLE, WA 98104

RE: _Barr v. Pigott_
Case #2:19–cv–00682–RSM

Dear Clerk:

Please find enclosed the certified copy of Judge Ricardo S. Martinez's _Order Remanding Case to State Court_ in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

_Superior Court Case Number(s)_:17–3–05075–3 SEA

_Assigned to Judge_:_____

_Completed by Deputy Clerk_: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Paula McNabb,
_Deputy Clerk_

Enclosures