Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER WINSLOW BARR,<br><br>    Petitioner,<br><br>vs.<br><br>JOSEPH STANLEY PIGOTT,<br><br>    Respondent. | Case No. 2:19-cv-00682-RSM<br><br>**ORDER & JUDGMENT**<br><br>[Clerk's Action Required] |

## I.     JUDGMENT SUMMARY

1. Judgment Creditor:     Heather Winslow Barr

2. Attorney for Judgment Creditor:     Matthew Cunanan
   12055 15th Ave NE
   Seattle, WA 98125

   David Tracy
   108 Wells Ave S
   Renton, WA 98057

3. Judgment Debtor:     Joseph Stanley Pigott

4. Attorney for Judgment Debtor:     n/a

| | | | |
|---|---|---|---|
| 5. | Principal Judgment Amount: | $ 0 | |
| 6. | Interest to Date of Judgment: | $ 0 | |
| 7. | Attorney's Fees: | $ 4050.00 | |
| 8. | Costs: | $ 0 | |
| 9. | **Total:** | **$ 4050.00** | |

**PRINCIPAL JUDGMENT AND COST SHALL BEAR AN INTEREST RATE OF TWELVE PERCENT (12%) PER ANNUM UNTIL PAID IN FULL.**

Now, therefore, it is hereby;

ORDERED, ADJUDGED, and DECREED as follows:

1. Petitioner's motion for attorneys' fees is granted;
2. Petitioner's attorneys' hourly rates and fees are reasonable;
3. Respondent shall pay Petitioner $4050.

DONE IN OPEN COURT THIS _____ day of _____, 20\_\_\_\_\_.

_____
The Honorable Ricardo S. Martinez

Presented by:
DC Law Group NW

*s/ Matthew Cunanan*
Matthew Cunanan, WSBA # 42530
matthew@dclglawyers.com
Of Attorneys for Petitioner

ORDER & JUDGMENT – Page **2** of **2**

**DC Law Group NW**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494-0400 Fax: (855) 494-0400