UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| HEATHER WINSLOW BARR,<br>      Petitioner,<br><br>vs.<br><br>JOSEPH S. PIGOTT, AKA King Abdul Mumin El,<br><br>      Respondent | Case No.: 19 CV 00682 RSM<br><br>Declaration of David P. Tracy Regarding Fees & Costs |

STATE OF WASHINGTON )
                      )
COUNTY OF KING     )

DAVID P. TRACY on oath states:

1. That I am the attorney for the Plaintiffs herein and competent to testify to the following matters.

2. My hourly rate in this case is Two Hundred and Fifty Dollars ($250.00) per hour. Total hours expanded in this matter is 5.6 hours, for a total fee in the amount of $1,400.00.

3. Attached hereto as Exhibit 1 is a break-down of time incurred in this matter.

4. This case involved researching and preparing pleadings to respond to the Petition to Remove to the Federal Court. The fees and costs for these services are reasonable.

DECLARATTION OF DAVID TRACY -1

LAW OFFICES OF DAVID P. TRACY
108 WELLS AVENUE SOUTH
RENTON, WA 98057
(425) 277-0977

1
2
3  I solemnly affirm, under penalty of perjury under the laws of the
4  State of Washington, that all of the statements contained herein
   are true and correct to the best of my knowledge and belief.
5
6
7  Dated: 8/1/19
8  Location: RENTON, WA
9
10 _____
11 David Tracy WSBA# 8692
12
13
13
14
15
16
17
18
19
20
21
22
23
24
25
            # Exhibit 1
25
26
27
28 Barr, Heather
   Motion to Remove to Federal Court

DECLARATTION OF DAVID
TRACY -2

LAW OFFICES OF DAVID P. TRACY
108 WELLS AVENUE SOUTH
RENTON, WA 98057
(425) 277-0977

| Date | Task | | Hours |
|---|---|---|---|
| 5/31/2019 | email | Cunanan | .3 |
| 5/29/2019 | prepare documents | | 1.0 |
| 5/30/2019 | telephone clt | | .2 |
| 6/3/2019 | prepare documents | | 2.0 |
| 6/4/2019 | email | Cunanan | .3 |
| 6/5/2019 | email | Cunanan | .3 |
| 6/10/2019 | email | Cunanan | .3 |
| 6/24/2019 | email | Cunanan | .3 |
| 7/1/2019 | email | Cunanan | .3 |
| 7/24/2019 | email | Cunanan | .3 |
| 7/25/2019 | email | Cunanan | .3 |
| Total | | | 5.6 hours |

DECLARATTION OF DAVID TRACY -3

LAW OFFICES OF DAVID P. TRACY
108 WELLS AVENUE SOUTH
RENTON, WA 98057
(425) 277-0977