1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

7
AT SEATTLE

)

8
HEATHER WINSLOW BARR            )      Case No. 19-cv-00682-RSM

)

9
               Petitioner/Plaintiff,      )

)

10
vs.                             )      **DECLARATION OF MATTHEW**

)      **CUNANAN**

11
JOSEPH STANLEY PIGOTT           )

)

12
                                )

Respondent/Defendant.          )

13
                                )

)

14
                                )

15      I, Matthew Cunanan, declare under penalty of perjury under the laws of the State of

16 Washington that the following is true and correct:

17      1.      I am the attorney for Petitioner.  I am competent to testify as to the matters set

18 forth in this declaration and I make this declaration based upon my own personal knowledge,

19 relying upon facts, which I believe to be admissible in evidence.

20      2.      My standard hourly rate charged for services is $250 per hour. With more than ten

21 years of experience as a practicing attorney in the Seattle area, my standard hourly rate is usual and

22 customary considering my experience and the region in which I practice. Many other attorneys in

23 this city bill at significantly higher hourly rates providing similar representation.

24

DECLARATION OF MATTHEW CUNANAN – Page **1** of **4**

1    3.      I started my litigation career in 2008 as an intern at the local public defenders office

2    known as Society of Counsel Representing Accused Persons. I received my Juris Doctorate degree

3    from the Seattle University School of Law in December 2009. I received my license to practice law

4    from the Washington State Supreme Court in June 2010 and immediately founded DC Law Group.

5    I am also licensed to practice in the United States Bankruptcy Court for the Western and Eastern

6    Districts of Washington, the United States District Court for the Western and Eastern Districts of

7    Washington as well as being admitted pro hac vice into the Los Angeles County Superior Court.

8    4.      I have represented numerous clients in commercial, employment, brain injury and

9    real estate litigation matters. I have extensive experience dealing with federal and state government

10   agencies in federal court as well as in administrative proceedings, hearings, and appeals. I have tried

11   numerous cases to verdict in state and federal court as well as in private arbitrations and trials.

12   5.      I have expended a total of 10 hours and 36 minutes of time working as counsel for

13   Petitioner in this matter. At my hourly rate of $250 that amounts to total attorneys' fees to date of

14   $2650.00.

15   6.      True and correct copies of invoices from my firm for time expended on this matter,

16   as billed to the Plaintiff, are attached hereto as **Exhibit 1**.

17   7.      My time expended on this matter is tracked in one tenth of an hour increments, or

18   six-minute increments. To be clear, each service and/or task was completed by myself.

19   8.      My office has not tracked nor has it invoiced Petitioner for any services provided by

20   any of our firm's staff, receptionists, legal assistants, paralegals, or other attorneys. This is a notable

21   reduction and benefit to Petitioner where the standard hourly rates of our legal assistant are and part

22   time associate is $125 and $200.

23   9.      Nothing in the attached exhibit or affidavit shall constitute a waiver of the attorney

24

DECLARATION OF MATTHEW CUNANAN – Page **2** of **4**

**DC LAW GROUP NW**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400 Fax: (855) 494.0400

1 | client privilege between the undersigned and Plaintiff.  The information in this affidavit is being

2 | provided only as required by the Court rules and/or case law to consider and approve Plaintiff's

3 | request for payment of attorneys' fees and costs. Because it constitutes confidential and sensitive

4 | information, it should not be used in any other context including but not limited to any use in

5 | connection with any other judicial or legal proceeding.

6

7 | SIGNED at Seattle, WA on August 6, 2019.

8 | DC LAW GROUP NW

9 | Matthew Cunanan, WSBA #42530

10 | Attorneys for Petitioner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF MATTHEW CUNANAN – Page **3** of **4**

**DC LAW GROUP NW**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494.0400 Fax: (855) 494.0400

# Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24