12055 15th Ave NE
Seattle, WA 98125
www.dclglawyers.com



Tel: 206.494.0400
Fax: 855.494.0400

Case #:  19-cv-00682-RSM
Re:  Barr v. Barr

|  |  | Fees | Rate | Hours |
|---|---|---|---|---|
|  |  |  | $250 |  |
| 6/1/2019 | meet with Tracy to discuss case strategy for federal representation |  |  | 1.5 |
| 6/1/2019 | review state court file |  |  | 1 |
| 6/3/2019 | research case law on remand |  |  | 1 |
| 6/5/2019 | edit motion for remand and efile |  |  | 0.8 |
| 6/10/2019 | review federal pleadings filed by Respondent |  |  | 1.9 |
| 6/24/2019 | phone call and email to Tracy re: status |  |  | 0.2 |
| 8/2/2019 | research case law on attorney fees |  |  | 1 |
| 8/5/2019 | draft motion for attorney fees and efile |  |  | 3.4 |
| 8/6/2019 | draft declaration |  |  | 0.5 |
| 8/6/2019 | draft order |  |  | 0.8 |
|  | costs |  |  | $0 |
|  | total hours |  |  | 10.6 |
|  | Balance Outstanding |  |  | $2,650 |