# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK
### AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

\_\_\_\_ FILED
\_\_\_\_ LODGED
\_\_\_\_ RECEIVED

MAIL

AUG 19 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

August 6, 2019

King County Superior Court
CLERK OF COURT
516 3RD AVENUE E-609
SEATTLE, WA 98104

RE: *Barr v. Pigott*
Case #2:19-cv-00682-RSM

Dear Clerk:

Please find enclosed the certified copy of Judge Ricardo S. Martinez's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 17-3-05075-3 SEA

*Assigned to Judge*: _____

*Completed by Deputy Clerk*: Katy Kowaotik

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Paula McNabb,
*Deputy Clerk*

Enclosures