United States District Court for the WESTERN
District of SEATTLE
File Number 19-CV-00682-RSM

___FILED  ___ENTERED
___LODGED ___RECEIVED

AUG 22 2019  SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

| Heather Winslow Barr, Plaintiff, | |
|---|---|
| v. | Notice of Appeal |
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El, Defendant. | |

Notice is hereby given that Joseph Stanley Pigott a.k.a. King Abdul Mumin El), (defendants) in the above named case,* hereby appeal to the United States Supreme Court of Appeals for the Appeal (from the final judgment) (from an Order Remanding Case To State Court entered in this action on the 23rd day of July, 2019.

(s) _Joseph Pigott a.k.a. King Abdul Mumin El_
Attorney for
Address: 604 So. 162nd St.
Burien, WA. 98148

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

---

* See Rule 3(c) for permissible ways of identifying appellants.