| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | SEP 17 2019 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

HEATHER WINSLOW BARR,

        Petitioner-Appellee,

v.

JOSEPH STANLEY PIGOTT, Jr.,

        Respondent-Appellant.

No.   19-35732

D.C. No. 2:19-cv-00682-RSM
Western District of Washington,
Seattle

ORDER

Before: WARDLAW, NGUYEN, and HURWITZ, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not reviewable. *See* 28 U.S.C. § 1447(d); *Kunzi v. Pan Am. World Airways, Inc.*, 833 F.2d 1291, 1293 (9th Cir. 1987) (order remanding a removed action to state court for lack of subject matter jurisdiction is not reviewable). Consequently, this appeal is dismissed for lack of jurisdiction.

    **DISMISSED.**

MF/Pro Se