UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 09 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HEATHER WINSLOW BARR,

        Petitioner - Appellee,

v.

JOSEPH STANLEY PIGOTT, Jr.,

        Respondent - Appellant.

No. 19-35732

D.C. No. 2:19-cv-00682-RSM
U.S. District Court for Western
Washington, Seattle

**MANDATE**

       The judgment of this Court, entered September 17, 2019, takes effect this date.

       This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT

                        By: Rhonda Roberts
                        Deputy Clerk
                        Ninth Circuit Rule 27-7